**SO ORDERED.**

**SIGNED this 16 day of September, 2013.**



_____
Stephani W. Humrickhouse
United States Bankruptcy Judge

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## RALEIGH DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| **SHOTWELL LANDFILL, INC.,** | CASE NO. 13-02590-8-SWH |
| Debtor. | |

### ORDER GRANTING CONSENT MOTION TO CONTINUE CONFIRMATION HEARING AND EXTEND ASSOCIATED DEADLINES

Upon the Consent Motion to Continue Confirmation Hearing and Extend Associated Deadlines (the "Motion") filed by debtor Shotwell Landfill, Inc. (the "Debtor"), upon consideration of the entire file, and for good cause otherwise shown, this Court is of the opinion that the Motion should be GRANTED. It is hereby ORDERED, ADJUDGED, and DECREED that (1) the hearing on confirmation of the Debtor's Chapter 11 Plan filed August 16, 2013 (the "Plan"), currently scheduled to commence on October 17, 2013 at 10:30 AM in Raleigh, North Carolina, shall be continued and scheduled to commence on December 17, 2013 at 2:00 PM in Raleigh, North Carolina; (2) the deadline for voting on and/or objecting to the Plan, currently set for October 8, 2013, shall be likewise continued to and including December 8, 2013; (3) the deadline for objecting to the Debtor's Disclosure Statement, currently set for October 8, 2013, shall be likewise continued to and including December 8, 2013; and (4) the 180-day exclusive

period of Section 1121(c)(3) of the Bankruptcy Code shall be extended to and including December 17, 2013.

**END OF DOCUMENT**