**VAN–117** Hearing Conference Worksheet – Rev. 01/25/2013

Date:_____  Time: _____  Place: _____

Date:_____  Time: _____  Place: _____

Date:_____  Time: _____  Place: _____

IN RE:
Shotwell Landfill, Inc.
3209–120 Gresham Lake Road
Raleigh, NC 27615

CASE NO.: 13–02590–8–SWH

DATE FILED: April 19, 2013

TaxID: 56–2057048
**Raleigh Division**

CHAPTER: 11


HEARING/CONFERENCE WORKSHEET

Matter to be heard:

*107* – Objection to Claim Number 13 of Double "J" Enterprises, Inc. filed by Samantha Y. Moore on behalf of Shotwell Landfill, Inc.. Responses due by 09/25/2013. (Attachments: # 1 Notice of Motion)(Moore, Samantha)

*129* – Response in Opposition to (related document(s): 107 Objection to Claim filed by Shotwell Landfill, Inc.) filed by Byron L. Saintsing on behalf of Double "J" Enterprises, Inc. (Saintsing, Byron)


William P Janvier
Janvier Law Firm, PLLC
1101 Haynes Street, Suite 102
Raleigh, NC 27604
919 582–2323



Byron L. Saintsing
SmithDebnamNarronDrakeSaintsing&Myers
PO Drawer 26268
Raleigh, NC 27611–6268
919 250–2000

DATED: September 26, 2013

Christy Gurgone